BENJAMIN B. WAGNER
United States Attorney
PAUL A. HEMESATH
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2700

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>         v.<br><br>SCOTT EDWARD CAVELL,<br>    AKA ADAM KINGSBURY CURRY,<br>    AKA DANIEL JOSEPH YRIATE,<br><br>                    Defendant. | CASE NO.  2:09-CR-00121 JAM<br><br>STIPULATION AND [PROPOSED] PROTECTIVE ORDER RE: DISSEMINATION OF DISCOVERY DOCUMENT AND/OR INFORMATION SUBJECT TO A PROTECTIVE ORDER |

IT IS HEREBY STIPULATED AND AGREED among the parties and their respective counsel, Paul A. Hemesath, representing plaintiff United States of America, and John R. Manning, attorney for defendant Scott Edward CAVELL, as follows:

1. This Court may enter protective orders pursuant to Rule 16(d) of the Federal Rules of Criminal Procedure, and its general supervisory authority;

2. This Order pertains to all discovery provided to and/or made available to defense counsel as part of discovery in this case (hereafter, collectively known as "the discovery");

3. The discovery in this matter contains a large amount of both personal identifying information (e.g., social security numbers, home addresses, financial information) and commercially sensitive data (e.g., bank account numbers).

Stipulation re: Protective Order and [PROPOSED]
Protective Order

1

4. The parties request a protective order with regard to the discovery because disclosure of the personal identifying information and commercially sensitive date could result in identity theft, invasion of privacy and resulting financial loss.

5. The parties request the Court's order in this matter because the sensitivity of third-parties' personal identifying information and commercially sensitive data requires special protection.

6. Defense counsel shall not disclose any of the discovery and/or information to any person and/or entity other than their respective defendant/client, and/or witnesses that they may be interviewing and/or preparing for trial and/or attorneys, law clerks, para-legals, secretaries, experts, consultants and/or investigators involved in the representation of defense counsel's defendant/client in this case;

7. The discovery and/or information therein may only be used in connection with the litigation of this case and for no other purpose. The discovery is now and will forever remain the property of the United States Government. Defense counsel will return the discovery to the Government or certify that it has been shredded at the conclusion of the case;

8. Defense counsel will store the discovery in a secure place and will use reasonable care to ensure that it is not disclosed to third persons in violation of this agreement;

9. If defense counsel make, or cause to be made, any further copies of any of the discovery, defense counsel will inscribe the following notation on each copy: "U.S. Government Property; May Not be Used Without U.S. Government Permission";

10. If defense counsel releases custody of any of the discovery and/or information, and/or authorized copies thereof, to any person and/or entity described in paragraph (2), defense counsel shall provide such recipients with copies of this Order and advise that person that the discovery is the property of the United States Government, that the discovery and information therein may only be used in connection with the litigation of this case and for no other purpose, and that an unauthorized use of the discovery may constitute a violation of law and/or contempt of court;

11. Defense counsel shall be responsible for advising his defendant/client, employees and other members of the defense team and defense witnesses of the contents of this Stipulation and Order.

Dated: December 31, 2012                        BENJAMIN B. WAGNER
                                                United States Attorney

                                                /s/ Paul A. Hemesath
                                                PAUL A. HEMESATH
                                                Assistant United States Attorney

Dated: December 31, 2012                        /s/ John R. Manning
                                                JOHN R. MANNING
                                                Attorney for Defendant Scott Cavell

### [PROPOSED] ORDER

For good cause shown, the stipulation of counsel in criminal case number 2:09-cr-00121 JAM, is approved and

FOR GOOD CAUSE SHOWN, IT IS SO ORDERED.

DATED: January 3, 2013.

                                                *allison Claire*
                                                HONORABLE ALLISON CLAIRE
                                                UNITED STATES MAGISTRATE JUDGE