JOHN R. MANNING (SBN 220874)
ATTORNEY AT LAW
1111 H Street, # 204
Sacramento, CA. 95814
(916) 444-3994
Fax (916) 447-0931

Attorney for Defendant
SCOTT CAVELL

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) No. CR-S-09-121 JAM |
| | ) |
| Plaintiff, | ) STIPULATION REGARDING |
| | ) EXCLUDABLE TIME PERIODS |
| v. | ) UNDER SPEEDY TRIAL ACT; |
| | ) FINDINGS AND ORDER |
| SCOTT CAVELL, | ) |
| | ) Date:   January 28, 2014 |
| Defendants. | ) Time:   9:45 a.m. |
| | ) Judge: Honorable John A. Mendez |

The United States of America through its undersigned counsel, Paul A. Hemesath, Assistant United States Attorney, together with counsel for defendant Scott Cavell, John R. Manning, Esq., hereby stipulate the following:

1. By previous order, this matter was set for status conference on January 21, 2014.

2. By this stipulation, defendants now move to continue the status conference until January 28, 2014 at 9:45 a.m., and to exclude time between January 21, 2014 and January 28, 2014 under the Local CodeT-4 (to allow defense counsel time to prepare).

3. The parties agree and stipulate, and request the Court find the following:

   a. This is a complex case, including over 12,000 pages of discovery.

1

    b. Counsel for the defendant needs additional time to review the discovery, conduct investigation, and interview potential witnesses. The Parties have spent considerable time negotiating this matter and believe resolution is imminent. The continuance requested herein will allow the defense to review the anticipated draft plea agreement; discuss the terms, conditions and consequences of the plea agreement and review relevant guideline issues.

    c. Counsel for the defendant believes the failure to grant a continuance in this case would deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

    d. The Government does not object to the continuance.

    e. Based on the above-stated findings, the ends of justice served by granting the requested continuance outweigh the best interests of the public and the defendant in a speedy trial within the original date prescribed by the Speedy Trial Act.

    f. For the purpose of computing time under the Speedy Trial Act, 18 United States Code Section 3161(h)(7)(A) within which trial must commence, the time period of January 21, 2014 to January 28, 2014, inclusive, is deemed excludable pursuant to 18 United States Code Section 3161(h)(7)(A) ) and (B)(ii) and (iv), corresponding to Local Code T-4 because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated: January 17, 2014                              /s/  John R. Manning
                                                     JOHN R. MANNING
                                                     Attorney for Defendant
                                                     Scott Cavell

Dated:  January 17, 2014                             Benjamin B. Wagner
                                                     United States Attorney

                                              by:    /s/ Paul A. Hemesath
                                                     PAUL A. HEMESATH
                                                     Assistant U.S. Attorney

**ORDER**

IT IS SO FOUND AND ORDERED this 17th day of January, 2014.

                                              /s/ John A. Mendez
                                              HON. JOHN A. MENDEZ
                                              U. S. DISTRICT COURT JUDGE

3