JOHN R. MANNING (SBN 220874)
ATTORNEY AT LAW
1111 H Street, # 204
Sacramento, CA. 95814
(916) 444-3994
Fax (916) 447-0931

Attorney for Defendant
SCOTT CAVELL

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>v.<br><br>SCOTT CAVELL,<br><br>　　　　Defendants. | ) No. CR-S-09-121 JAM<br>)<br>)<br>) STIPULATION REGARDING<br>) EXCLUDABLE TIME PERIODS<br>) UNDER SPEEDY TRIAL ACT;<br>) FINDINGS AND ORDER<br>)<br>)<br>) Date:   April 15, 2014<br>) Time:   9:45 a.m.<br>) Judge:  Honorable John A. Mendez<br>)<br>) |

　　　　The United States of America through its undersigned counsel, Paul A. Hemesath, Assistant United States Attorney, together with counsel for defendant Scott Cavell, John R. Manning, Esq., hereby stipulate the following:

　　1.  By previous order, this matter was set for status conference on March 11, 2014.

　　2.  By this stipulation, defendants now move to continue the status conference until April 8, 2014 at 9:45 a.m., and to exclude time between March 11, 2014 and April 15, 2014 under the Local CodeT-4 (to allow defense counsel time to prepare).

　　3.   The parties agree and stipulate, and request the Court find the following:

　　　　a.   This is a complex case, including over 12,000 pages of discovery.

b. Counsel for the defendant needs additional time to review the discovery, conduct investigation, and interview potential witnesses.  The Parties have spent considerable time negotiating this matter and believe resolution is imminent.  The continuance requested herein will allow the defense to review the anticipated draft plea agreement; discuss the terms, conditions and consequences of the plea agreement and review relevant guideline issues.  The Parties have been working to complete a plea agreement and have a final draft of the plea agreement ready in time to proceed on March 11, 2014.  The complex nature of the case and the schedule of the Parties prevented that from happening as hoped.  Discussions and negotiations are ongoing and progress is being made.  The defense submitted an offer to resolve and factual basis to the government.  Certain aspects of what was hoped to be the final draft of the plea agreement were rejected by the government.  None of these issues are "fatal" to the overall agreement, but additional work is necessary to finalize all aspects of the agreement.

c. Counsel for the defendant believes the failure to grant a continuance in this case would deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

d. The Government does not object to the continuance.

e. Based on the above-stated findings, the ends of justice served by granting the requested continuance outweigh the best interests of the public and the defendant in a speedy trial within the original date prescribed by the Speedy Trial Act.

f. For the purpose of computing time under the Speedy Trial Act, 18 United States Code Section 3161(h)(7)(A) within which trial must commence, the time period of March 11, 2014 to April 15, 2014, inclusive, is deemed excludable pursuant to 18 United

States Code Section 3161(h)(7)(A) ) and (B)(ii) and (iv), corresponding to Local Code T-4 because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated: March 7, 2014        /s/ John R. Manning
                            JOHN R. MANNING
                            Attorney for Defendant
                            Scott Cavell

Dated: March 7, 2014        Benjamin B. Wagner
                            United States Attorney

                      by:   /s/ Paul A. Hemesath
                            PAUL A. HEMESATH
                            Assistant U.S. Attorney

**ORDER**

IT IS SO FOUND AND ORDERED this 7th day of March, 2014.

/s/ John A. Mendez
HON. JOHN A. MENDEZ
U. S. DISTRICT COURT JUDGE