UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

**M E M O R A N D U M**

| | |
|---|---|
| Honorable John A. Mendez<br>United States District Judge<br>Sacramento, California | **RE:** Scott Edward Cavell<br>Docket Number: 0972 2:09CR00121-002<br><u>**PERMISSION TO TRAVEL**</u><br><u>**OUTSIDE THE COUNTRY**</u> |

Your Honor:

Scott Edward Cavell is requesting permission to travel to Dublin, Ireland. Scott Edward Cavell is current with all supervision obligations, and the probation officer recommends approval be granted.

**Conviction and Sentencing Date:** On November 4, 2014, Scott Edward Cavell was sentenced for the offense of Wire Fraud, in violation of 18 U.S.C. 1343 (Class C Felony).

**Sentence Imposed:** 60 Months Bureau of Prisons; 36 Months Supervised Release.

**Dates and Mode of Travel:** Mr. Cavell is requesting to travel July 19, 2017, through August 3, 2017. He will be flying with Delta Airlines and staying at the Westin Hotel, with his mother and step-father.

**Purpose:** Mr. Cavell will be visiting with family.

**RE:    Scott Edward Cavell**
        **Docket Number:  0972 2:09CR00121-002**
        **PERMISSION TO TRAVEL OUTSIDE THE COUNTRY**

Respectfully submitted,

/s/ Miranda Lutke

MIRANDA L. LUTKE
United States Probation Officer

Dated:   June 26, 2017
         Roseville, California
         MLL/jc

**REVIEWED BY:**        /s/ Toni M. Ortiz
                        **TONI M. ORTIZ**
                        **Supervising United States Probation Officer**

---

## ORDER OF THE COURT

**The Court orders:**

☒ Approved   ☐ Disapproved

**DATED:  7/5/2017**                    /s/ John A. Mendez
                                        **John A. Mendez**
                                        **U. S. District Court Judge**

2