**Law Offices of Ron Peters**
**RON PETERS (SBN: 45749)**
**901 H Street, Suite 611**
**Sacramento, California 95814**
**Telephone:   (916) 322-2472**
**Facsimile:   (916) 322-3208**
**Email: ronslaw207@sbcglobal.net**

**Attorney for Defendant**
**SCOTT EDWARD CAVELL**

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | **Case No.: 2:09-cr-00121-JAM-2** |
| **Plaintiff,** | |
| **vs.** | **STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE** |
| **SCOTT EDWARD CAVELL,** | |
| **Defendant,** | |

The United States of America, through its counsels of record, Mc Gregory W. Scott, United States Attorney for the Eastern District of California, and Paul A. Hemesath, Assistant United States Attorney, and defendant Scott Cavell, through his attorney, Ronald Peters, Esq, hereby stipulate and agree that the Status Conference scheduled for March 13, 2018 at 9:00 am shall be continued to April 3, 2018 at 9:15 am.

Parties need additional time to seek a resolution with probation.

Parties agree that time should be excluded pursuant to 18 U.S.C. § 3161(h)(8)(B)(iv), and Local Code T-4 - reasonable time to prepare and for continuity of counsel. The parties agree that time be excluded under this provision March 13, 2018 through April 3, 2018.
STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE

1

**Respectfully Submitted,**
**MC GREGORY W. SCOTT**
**United States Attorney**

DATE: March 12, 2018
/s/ Ron Peters for Paul A. Hemesath
PAUL A. HEMESATH
**Assistant U.S. Attorney**

DATE: March 12, 2018
/s/Ron Peters
RON PETERS
Attorney for Defendant
**Scott Edward Cavell**

**ORDER**

The Court, having considered the stipulation of the parties, and good cause appearing therefrom, adopts the stipulation of the parties in its entirety as its order. Based on the stipulation of the parties, the Court finds that the failure to grant a continuance in this case would deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence, and defendant continuity of counsel. The Court specifically finds that the ends of justice served by the granting of such continuance outweigh the interests of the public and that the time from the date of the stipulation, March 13, 2018, to and including April 3, 2018.

It is so ordered.

Date: 3/12/2018  /s/ John A. Mendez_____
**JOHN A. MENDEZ**
**United States District Court Judge**